IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD FISHER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00062 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that respondent's motion to dismiss (Docket No. 14) is **GRANTED**; Fisher's 28 U.S.C. § 2241 petition is **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 30th day of November, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE